# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID J. OLESCZUK,

        Plaintiff,

v.

CITIZENS ONE HOME LOANS; PHH MORTGAGE SERVICE CENTER; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,

        Defendants.

Civil Action No.:

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3, DAVID J. OLESCZUK who is Plaintiff, makes the following disclosure:

1. The party is not a publicly held corporation or other publicly held entity.

2. The party does not have a parent corporation.

3. There is no 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity.

4. There is no any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

5. The party is not a trade association.

6. The case does not arise out of a bankruptcy proceeding.

Dated: May 4, 2016

>Respectfully submitted,
>
>By   /s/ David H. Krieger, Esq.
>David H. Krieger, Esq.
>Nevada Bar No. 9086
>HAINES & KRIEGER, LLC
>8985 S. Eastern Ave., Suite 350
>Henderson, NV 89123
>Phone: (702) 880-5554
>FAX: (702) 385-5518
>Email: dkrieger@hainesandkrieger.com