Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
sempers@ballardspahr.com

*Attorneys for Defendant*
*PHH Mortgage Service Center*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. OLESCZUK,<br><br>       Plaintiff,<br><br>v.<br><br>CITIZENS ONE HOME LOANS; PHH MORTGAGE SERVICE CENTER; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendants. | CASE NO.  2:16-cv-01008-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PHH MORTGAGE SERVICE CENTER TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff DAVID J. OLESCZUK ("Plaintiff") and Defendant PHH MORTGAGE SERVICE CENTER ("PHH") (collectively, the "Parties") hereby stipulate and agree as follows:

1. PHH's response to Plaintiff's Complaint is currently due on July 8, 2016.

2. Plaintiff has agreed to grant PHH a 2-week extension to file its response to the Complaint.

3. The Parties have agreed that PHH may have up to and until July 22, 2016 to file its response to Plaintiff's Complaint.

DMWEST #14603606 v1

4. The Parties seek this extension of time in order to facilitate potential settlement.

5. This Stipulation to Extend Time for PHH to file its response to Plaintiff's Complaint is made in good faith, not for the purposes of delay, and in compliance with Local Rules 6-1 and 7-1.

IT IS SO STIPULATED.

Dated: July 6, 2016

BALLARD SPAHR LLP

By: /s/ Sylvia Semper
Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant
PHH Mortgage Service Center*

HAINES & KRIEGER

By: /s/ David Krieger
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 7, 2016

# CERTIFICATE OF SERVICE

I certify that on July 6, 2016, and pursuant to FRCP 5, a true copy of the foregoing STIPULATION AND ORDER TO EXTEND TIME FOR PHH MORTGAGE SERVICE CENTER TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST) was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest:

**Bob L. Olson**
**Charles E. Gianelloni**
Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
702-784-5200
Fax: 702-784-5252
Email: bolson@swlaw.com

__/s/ Mary Kay Carlton_____
An Employee of Ballard Spahr LLP

DMWEST #14603606 v1          3