David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorney for Plaintiff
*David J. Olesczuk*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| David J. Olesczuk | CASE NO.: **2:16-cv-01008-GMN-NJK** |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT CITIZENS ONE HOME LOANS** |
| CITIZENS ONE HOME LOANS; PHH MORTGAGE SERVICE CENTER; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff hereby moves that

///
///
///
///
///
///
///

1

the Clerk of the Court enter the default of Defendant Citizens One Home Loans . This request is supported by the accompanying Declaration of David H. Krieger, Esq.

Dated: July 22, 2016

                                           Respectfully Submitted,
                                           HAINES & KRIEGER, LLC

                                           By:    /s/ David H. Krieger, Esq.
                                                                David H. Krieger, Esq.
                                                                Counsel for Plaintiff

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorney for Plaintiff
*David J. Olesczuk*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| David J. Olesczuk<br>        Plaintiff,<br>vs.<br><br>CITIZENS ONE HOME LOANS; PHH MORTGAGE SERVICE CENTER; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>        Defendant. | CASE NO.: **2:16-cv-01008-GMN-NJK**<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT CITIZENS ONE HOME LOANS** |

STATE OF NEVADA     )
                    ) ss.
COUNTY OF CLARK     )

I, David H. Krieger, being duly sworn, depose and say:

1. I am counsel for the Plaintiff in the above matter.

2. This Declaration is based on my own personal knowledge and I am competent to testify as to the matters herein.

3

3. The Plaintiff's complaint in this matter was filed on 5/04/2016.

4. Thereafter, summons and complaint was served upon Defendant Citizens One Home Loans on 5/25/2016. *See Affidavit of Process Server*, attached hereto as **"Exhibit 1"**.

5. Defendant Citizens One Home Loans has failed to answer Plaintiff's complaint or otherwise appear before the Court in this matter.

6. Accordingly, the Plaintiff, through me, hereby requests that this Court enter DEFAULT on Defendant Citizens One Home Loans in the above entitled action.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2016

By:   /s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086

# CERTIFICATE OF SERVICE

I, David H. Krieger, hereby certify that on July 22, 2016, I caused a true and accurate copy of the foregoing document entitled, PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT, to be served by first-class United States mail, upon the following:

**Citizens One Home Loans**
**10561 Telegraph Rd.**
**Glen Allen, VA 23059**

I hereby further certify that on July 22, 2016, I caused a true and accurate copy of the foregoing document to be served via email addresses to the following recipients:

**Bob L. Olson, Esq.**
bolson@swlaw.com
**Snell & Wilmer**
**Attorneys for Defendant Experian Information Solutions, Inc.**

**Sylvia O. Semper, Esq.**
sempers@ballardspahr,com
**Ballard Spahr, LLP**
**Attorneys for Defendant PHH Mortgage Service Center**

Dated:      July 22, 2016

/s/David H. Krieger_
An Employee of Haines & Krieger, LLC