UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

David J. Olesczuk )
)
Plaintiff(s), )
)
v. ) CV 16-cv-01008-GMN-NJK
)
Citizens One Home Loans ) **DEFAULT**
)
Defendant(s). )
)

It appearing from the records in the above-entitled action that Summons issued on the  Original  Complaint  May 4, 2016
(Original, Amended, etc) (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants  Citizens One Home Loans

in the above-entitled action is hereby entered.

LANCE S. WILSON    July 24, 2016
CLERK            DATE
*Lance S. Wilson*
(By) DEPUTY CLERK