UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. OLESCZUK, | Case No. 2:16-cv-01008-GMN-NJK |
| Plaintiff, | ORDER |
| vs. | |
| CITIZENS ONE HOME LOANS, et al., | |
| Defendants. | |

    Defendant PHH Mortgage Service Center ("PHH") appeared in this action on July 22, 2016, Docket No. 17, but has failed to file a certificate of interested parties as required by Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1. Accordingly, the Court expressly ordered PHH to file a certificate of interested parties no later than July 27, 2016. Docket No. 22. To date, PHH has not complied with that order.

    Accordingly, PHH and its counsel shall show cause in writing, **no later than August 4, 2016,** why sanctions should not be imposed in a court fine of up to $500. Filing the Certificate of Interested Parties on or before August 4, 2016, will satisfy the Court that sanctions are not warranted, and no further response to this order to show cause will be required.

    IT IS SO ORDERED.

    DATED: July 28, 2016

                                                                                   NANCY J. KOPPE
                                                                                  United States Magistrate Judge