# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| DAVID J. OLESCZUK,<br><br>      Plaintiff(s),<br><br>v.<br><br>CITIZENS ONE HOME LOANS, et al.,<br><br>      Defendant(s). | Case No. 2:16-cv-01008-GMN-NJK<br><br>ORDER |

The Court has received a request by the parties for resolution of a discovery dispute in this and six other cases assigned to the undersigned magistrate judge. *See* Local Rule 1-1(b). As the Court relayed telephonically to counsel for Defendant Experian, the parties shall file a joint statement regarding the underlying dispute and the parties' respective positions by 5:00 p.m. on November 3, 2016. That joint statement shall be filed only in this case, but shall address the dispute as it relates to all seven cases (including identifying any pertinent differences between the different cases). A hearing is hereby **SET** on this dispute for 11:00 a.m. on November 7, 2016, in Courtroom 3B.

  IT IS SO ORDERED.

  DATED: November 2, 2016

                        _____
                        NANCY J. KOPPE
                        United States Magistrate Judge