# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID J. OLESCZUK, | Case No. 2:16-cv-01008-GMN-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| CITIZENS ONE HOME LOANS, et al., | |
| Defendant(s). | |

On July 25, 2016, Plaintiff obtained the Clerk's entry of default against Defendant Citizens One Home Loans. Docket No. 21. On August 5, 2016, Plaintiff indicated that he would "pursue a motion for default judgment against Citizens." Docket No. 25 at 3 n.1. To date, no such motion has been filed. Accordingly, Plaintiff is hereby **ORDERED** to file, no later than February 21, 2017, either dismissal papers or a motion for default judgment with respect to Defendant Citizens One Home Loans.

IT IS SO ORDERED.

DATED: February 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge